423 A.2d 1317

Kull, Appellant v. Carolina Freight Carriers Corp.
Reargument Denied Feb. 7, 1980.

Argued November 14, 1979. William J. Ober, for appellant; Kean K. McDonald, for appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

The issues raised in this appeal are controlled by our decision in *Turner v. SEPTA*, 256 Pa.Super. 43, 389 A.2d 591 (1978). The order as entered on September 25, 1978, is affirmed.